Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-411-839**

**Effective Date of Registration:**
August 02, 2024
**Registration Decision Date:**
September 10, 2024

---

## Title

**Title of Work:** FireThread

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** December 30, 2020
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Russell Parker
  **Pseudonym:** Russfuss, pseud.
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Russell Parker
504/188 Avenida Almirante Ary Parreiras, Icaraí, Niterói, Rio de Janeiro, 24-230-322, Brazil

## Rights and Permissions

**Name:** Russell Parker
**Email:** hello@russfussuk.com
**Address:** 504/188 Avenida Almirante Ary Parreiras
Icaraí, Niterói
Rio de Janeiro 24-230-322 Brazil

## Certification

